UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DUANE E. NOLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-0486 |
| ) | JUDGE HAYNES |
| ) | |
| JOE EASTERLING, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 22) that this action be transferred to the Western District of Tennessee, Eastern Division, at Jackson, Tennessee. 28 U.S.C. § 1406(a).

After de novo review, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Clerk shall **TRANSFER** this action to the Western District of Tennessee, Eastern Division, at Jackson, Tennessee. 28 U.S.C. § 1406(a).

It is so **ORDERED**.

**ENTERED** this the _18th_ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States in Judge