UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DUANE E. NOLAND,                )
                                )
        Plaintiff,               )   Case No. 3:10-0486
                                )   Judge Haynes/Bryant
        v.                       )
                                )
JOE EASTERLING, et al.,          )
                                )
        Defendants.              )

## O R D E R

Plaintiff Noland has filed his "Request for Dismissal of Costs" (Docket Entry No. 25) in which he seeks to be relieved from the obligation of paying the $350.00 civil filing fee in installments from his inmate trust account pursuant to previous order of this Court (Docket Entry No. 21). In support of this motion plaintiff has filed certain documentary exhibits suggesting that he has been excused from payment of court costs in unrelated state court litigation based upon his indigency.

Title 28, Section 1915(b) of the United States Code provides that a prisoner who brings a civil action in federal court in forma pauperis shall be required to pay the full amount of the filing fee in monthly payments withdrawn from his inmate trust account. This statute is mandatory, and plaintiff Noland has cited no authority suggesting otherwise.

For the reasons stated above, plaintiff's Request for Dismissal of Costs (Docket Entry No. 25) is **DENIED**. His motion to ascertain status (Docket Entry No. 29) is **GRANTED**, as reflected herein.

It is so **ORDERED**.

                                                 s/ John S. Bryant
                                                 JOHN S. BRYANT
                                                 United States Magistrate Judge